UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TATIYANA SHEVCHUK, on behalf of herself
and all other similarly situated consumers,

                                                                                  JUDGMENT

                         Plaintiff,                                18-CV-00894 (PKC) (JO)

   v.

ADVANCED CALL CENTER TECHNOLOGIES,
LLC,

                          Defendant.
-----------------------------------------------------------------X

       A Memorandum and Order of the Honorable Pamela K. Chen, United States District Judge, having been filed on April 1, 2019, granting Defendant's motion to dismiss in its entirety; denying Plaintiff leave to amend her complaint to add a claim under § 1692(f); and dismissing Plaintiff's complaint in its entirety; it is

       ORDERED and ADJUDGED that Defendant's motion to dismiss is granted in its entirety; that to the extent Plaintiff seeks leave to amend her complaint to add a claim under § 1692(f), the Court denies her that leave; and Plaintiff's complaint is dismissed in its entirety.

Dated: Brooklyn, New York                              Douglas C. Palmer
       April 2, 2019                                            Clerk of Court

                                                                By:   */s/Jalitza Poveda*
                                                                          Deputy Clerk